UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-bk-07382

IN RE:   KENNETH G. HARRIS

Debtor.

## MOTION TO CONVERT TO CHAPTER 7

The Debtor, by and through his undersigned attorney, moves to convert this case to a Chapter 7 case. In support, the debtor would state that he is unable to make the required Chapter 13 payments.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was furnished to Douglas W. Neway, Chapter 13 Trustee, by CM/ECF delivery this 13th day of April, 2015.

Bryan K. Mickler
Attorney for Debtors
a5452 Arlington Expressway
Jacksonville, FL  32211
(904) 725-0822
Florida Bar No. 091790
FAX  (904) 725-0855

4/13/15

To whom this may concern:

I Kenneth R Harris is writing to inform you that I am unable to pay the money that is due every month under my chapter 13 Agreement. Therefore I would like to convert to chapter 7.

Thank you for your consideration & understanding

Kenneth Harris

*[signature]*